Justin Martin JACKSON, Petitioner-Appellant,

v.

Kenneth BOONE, Sheriff of Florence County, Respondent-Appellee.

No. 16-7330

United States Court of Appeals, Fourth Circuit.

Submitted: February 28, 2017

Decided: March 8, 2017

Justin Martin Jackson, Appellant Pro Se.

Before MOTZ and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Martin Jackson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. The magistrate judge recommended dismissing the petition and advised Jack-

son that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. United States v. Midgette, 478 F.3d 616, 621–22 (4th Cir. 2007). Jackson waived appellate review by failing to file any objections after receiving proper notice. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED